IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )       4:07CR422
                               )
       v.                      )
                               )
FRANCISCO OLGUIN and           )       ORDER
ROSA AMAYA-ELISALDE,           )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on defendant Olguin's motion to continue trial (Filing No. 19), and on defendant Amaya-Elisalde's motion to continue trial (Filing No. 21). The Court notes plaintiff has no objection and that each defendant has filed a written waiver of speedy trial (Filing Nos. 20 and 22, respectively). Accordingly,

IT IS ORDERED that defendants' motions are granted. Trial of this action is rescheduled for:

**Monday, March 17, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have additional time to pursue plea negotiations or prepare for trial. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 14, 2008, and March 17, 2008, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court