IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )        4:07CR422
                               )
          v.                   )
                               )
FRANCISCO OLGUIN,              )        ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 26) and motion for permission to file sealed document (Filing No. 27). The Court notes plaintiff has no objection to said motions. Accordingly,

IT IS ORDERED:

1) Trial of this matter is rescheduled for:

**Monday, May 19, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have additional time to pursue plea negotiations or prepare for trial. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 17, 2008, and May 19, 2008, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

2) Defendant's motion for permission to file sealed document is granted; the clerk of court shall seal defendant's motion to continue.

DATED this 7th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court