IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO OLGUIN and ROSA AMAYA-ELIZALDE,<br><br>Defendants. | 8:07CR422<br><br>ORDER |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 40) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Francisco Olguin and Rosa Amaya-Elizalde. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 40) is granted.
2. The Indictment (Filing No. 1) against Francisco Olguin and Rosa Amaya-Elizalde is dismissed without prejudice.

Dated this 3rd day of June 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge